UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00017-FDW

| | |
|---|---|
| NICOLAS ZAVALA CORONA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Respondent. ) | |

Nicolas Zavala Corona, a prisoner of the State of North Carolina, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. No. 1.)

Corona is challenging the judgment entered against him on February 24, 2015, in Alamance County, North Carolina. Alamance County is within the territorial jurisdiction of the United States District Court for the Middle District of North Carolina. See 28 U.S.C. § 113(b). Thus, pursuant to the provisions of 28 U.S.C. § 2241(d), and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, In re: Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall transfer this action to the Middle District, where venue is proper.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall transfer this civil action to the United States District Court for the Middle District of North Carolina for all further proceedings.

Signed: January 17, 2019

Frank D. Whitney
Chief United States District Judge